E-FILED
Wednesday, 19 January, 2022  04:06:44 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| **DANIEL RUMPF,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 20-cv-3185 |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY** | ) |
| | ) |
| Defendant. | ) |

### ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 21). Magistrate Judge Schanzle-Haskins recommends that this Court: (1) deny Plaintiff's Brief in Support of Motion for Summary Judgment (d/e 15); (2) grant Defendant's Motion for Summary Affirmance (d/e 19); and (3) affirm Defendant's decision to deny Social Security disability benefits to Plaintiff.

Objections to the Report and Recommendation were due on or before January 18, 2022. Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the parties' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins's Report and Recommendation.

It is, therefore, ORDERED:

**(1)   The Report and Recommendation of United States Magistrate Judge Schanzle-Haskins (d/e 21) is ACCEPTED and ADOPTED.**

**(2)   Plaintiff's Brief in Support of Motion for Summary Judgment (d/e 15) is DENIED.**

(3) **Defendant's Motion for Summary Affirmance (d/e 19) is GRANTED.**

(4) **The decision of the Commissioner is AFFIRMED.**

(5) **THIS CASE IS CLOSED.**

ENTER: January 19, 2022

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
